United States District Court
Northern District of California

| | |
|---|---|
| RODNEY E. JACKSON,<br><br>        Plaintiff,<br>   v.<br><br>CAROLYN COLVIN,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: C 13-4484 KAW<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS |

IT IS SO ORDERED that the application to proceed *in forma pauperis* is GRANTED and that the Clerk issue summons. IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, the Procedural Order for Social Security Review Actions, and this order upon defendant.

Dated: October 3, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge