United States District Court
Northern District of California

RODNEY E. JACKSON,

        Plaintiff,

    v.

CAROLYN COLVIN,
Commissioner of Social Security,

        Defendant.

Case No.: C 13-4484 KAW

ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS

IT IS SO ORDERED that the application to proceed *in forma pauperis* is GRANTED and that the Clerk issue summons. IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, the Procedural Order for Social Security Review Actions, and this order upon defendant.

Dated: October 3, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge