DONALD H. MEDEARIS, SBN 206849
BAY AREA LEGAL AID
1035 MARKET Street, 6th Floor
San Francisco, CA 94103
Telephone: (415) 354-6331(direct); (415) 982-1300 (general)
Fax: (415) 982-4243
E-mail: dmedearis@baylegal.org

Attorney for Plaintiff,
RODNEY E. JACKSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND ~~SAN FRANCISCO~~ DIVISION

| | |
|---|---|
| RODNEY E. JACKSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | Case No. 13-cv-04484-KAW<br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE APPLICATION FOR EQUAL ACESSS TO JUSTICE FEES (28 U.S.C. §2412)** |

　　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Plaintiff shall have a first extension of time of 35 days to file his Application for Equal Access to Justice Act fees ("EAJA", 28 U.S.C. §2412). The new due date for filing Plaintiff's Application for EAJA fees will be July 9, 2015.

　　　This extension is necessary because Plaintiff's Attorney has a heavy caseload and would like additional time to discuss with Defendant's Attorneys and with the Plaintiff a possible agreement as to EAJA fees.  Plaintiff's Attorney apologizes to the Court and to

STIPULATION TO EXTENSION OF TIME FOR PLAINTIFF TO FILE APPLICATION
FOR EAJA FEES, AND PROPOSED ORDER; NO. 13-CV-04484-KAW

1

Defendant's Attorneys for the delay. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 3, 2015                             /s/*Donald H. Medearis*
                                                BAY AREA LEGAL AID
                                                Attorney for Plaintiff


Dated: June 3, 2015                             MELINDA L. HAAG
                                                United States Attorney
                                                ALEX G.TSE,
                                                Chief Civil Division, Region IX
                                                Social Security Administration

                        By:     /s/*Jeffrey Chen*
                                (* as authorized by e-mail on June 3, 2015)
                                Jeffrey Chen
                                Special Assistant United States Attorney
                                Attorneys for Defendant

ORDER:

APPROVED AND SO ORDERED

Dated:  6/15/15                         By: _____
                                        THE HONORABLE KANDIS A. WESTMORE
                                        United States Magistrate Judge

STIPULATION TO EXTENSION OF TIME FOR PLAINTIFF TO FILE APPLICATION FOR EAJA FEES, AND PROPOSED ORDER; NO. 13-CV-04484-KAW

2