DONALD H. MEDEARIS, SBN 206849
BAY AREA LEGAL AID
1035 MARKET Street, 6th Floor
San Francisco, CA 94103
Telephone: (415) 354-6331(direct); (415) 982-1300 (general)
Fax: (415) 982-4243
E-mail: dmedearis@baylegal.org

Attorney for Plaintiff,
RODNEY E. JACKSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RODNEY E. JACKSON,<br><br>           Plaintiff,<br> vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>           Defendant. | Case No. 13-cv-04484-KAW<br>**STIPULATION TO AWARD OF EQUAL ACCESS TO JUSTICE ("EAJA") FEES TO PLAINTIFF (28 U.S.C. §2412), AND PROPOSED ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Plaintiff shall be awarded EAJA fees in the amount of $6,750. After the Court issues an order for EAJA fees to the Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to his counsel's firm, Bay Area Legal Aid.  Pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

**STIPULATION TO AWARD OF EQUAL ACESSS TO JUSTICE ("EAJA") FEES TO PLAINTIFF (28 U.S.C. §2412), AND PROPOSED ORDER**; NO. 13-CV-04484-KAW

1

1  Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines
2  that Plaintiff does not owe a federal debt, then the government shall cause the payment of
3  fees, expenses and costs to be made directly to Plaintiff's counsel's firm, Bay Area Legal
4  Aid, pursuant to the assignment executed by the Plaintiff.  Any payments made shall be
5  delivered to counsel's firm, Bay Area Legal Aid. This stipulation constitutes a compromise
6  settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an
7  admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of
8  the agreed amount shall constitute a complete release from, and bar to, any and all claims
9  that Plaintiff and/or counsel including counsel's firm, Bay Area Legal Aid, may have
10 relating to EAJA attorney fees in connection with this action.

Dated: July 6, 2015            /s/*Donald H. Medearis*
                               BAY AREA LEGAL AID
                               Attorney for Plaintiff

Dated: July 6, 2015            MELINDA L. HAAG
                               United States Attorney
                               ALEX G.TSE,
                               Chief Civil Division, Region IX
                               Social Security Administration

                    By:        /s/*Jeffrey Chen*
                               (* as authorized by e-mail on July 6, 2015)
                               Jeffrey Chen
                               Special Assistant United States Attorney
                               Attorneys for Defendant

ORDER:

APPROVED AND SO ORDERED

Dated:  7/6/15                 By: ___*Kandis Westmore*___
                               THE HONORABLE KANDIS A. WESTMORE
                               United States Magistrate Judge

**STIPULATION TO AWARD OF EQUAL ACESSS TO JUSTICE ("EAJA") FEES TO PLAINTIFF (28 U.S.C. §2412), AND PROPOSED ORDER**; NO. 13-CV-04484-KAW